# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 594 MAL 2018

Respondent    :

:    Petition for Allowance of Appeal from
:    the Order of the Superior Court

v.    :

TROY DILLARD,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 16th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.